UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PAMELA A. MAHONEY, on behalf of
herself and all others similarly
situated

v. CA No. 06-223-T

AT&T COMMUNICATIONS, INC.

**ORDER OF TRANSFER**

This case involves the same issues that are presented in Bissit, et al. v. Verizon Communications, Inc., et al., CA No. 06-220, in which I previously recused myself and Mahoney v. Verizon Communications, CA No. 06-224. Since both cases have been assigned to Judge Smith, this case, too, is transferred to Judge Smith in order to promote an efficient and consistent resolution of all three cases.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 25, 2006